IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00100-CR

 

Eric Vincent Wright,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 2004-1094-C

 



MEMORANDUM  Opinion










 

      Wright appeals his conviction for failure
to comply with sex offender registration requirements.  See Tex. Code Crim. Proc. Ann. art.
62.10(a) (Vernon 2005).  Wright’s
counsel filed an Anders brief.  See Anders v. California, 386 U.S. 738 (1967).  We affirm.

      The brief reviews the sufficiency of the
evidence, the voir-dire examination, the admissibility of the evidence,
and the jury charge.  Counsel concludes that “no non-frivolous issues exist.” 
Although counsel informed Wright of the right to file a brief, and we granted
Wright an extension of time to file, Wright did not file a brief.  The State
did not file a response.

      We must, “after a full examination of all
the proceedings, . . . decide whether the case is wholly frivolous.” 
Anders at 744; accord Stafford v. State, 813 S.W.2d 503, 509-11
(Tex. Crim. App. 1991); Coronado v. State, 996 S.W.2d 283, 285 (Tex.
App.—Waco 1999, order) (per curiam), disp. on merits, 25 S.W.3d 806
(Tex. App.—Waco 2000, pet. ref’d).  An appeal is “wholly frivolous” or “without
merit” when it “lacks any basis in law or fact.”  McCoy v. Court of Appeals,
486 U.S. 429, 439 n.10 (1988).  Arguments are frivolous when they “cannot
conceivably persuade the court.”  Id. at 436.  An appeal is not wholly
frivolous when it is based on “arguable grounds.”  Stafford at 511.

      We determine that the appeal
is wholly frivolous.  Accordingly, we affirm.  Counsel must advise Wright of
our decision and of the right to file a petition for discretionary review.  See
Sowels v. State, 45 S.W.3d 690, 694 (Tex. App.—Waco 2001, no pet.).

 

 

TOM GRAY

Chief
Justice

Before Chief Justice Gray,

      Justice Vance, and

      Justice
Reyna

Affirmed

Opinion
delivered and filed March 29, 2006

Do
not publish

[CR25]